STATE v. ISLEIB

No. 397PA86.

Case below: 80 N.C. App. 599.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 12 August 1986.

STATE v. McGILL

No. 440P86.

Case below: 81 N.C. App. 157.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STATE v. MARTIN

No. 209P86.

Case below: 77 N.C. App. 61.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986.

STATE v. MASON

No. 255P86.

Case below: 76 N.C. App. 154.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STATE v. MILLER

No. 359P86.

Case below: 80 N.C. App. 425.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 August 1986.